United States District Court
For The
District of Massachusetts

Jury Trial Demanded
Case No.

Craig Cromartie
(Pro-Se-Plaintiff)

-V-

Old Colony Correctional Center
Well Path
Department Of Corrections
Stephen A. Kennedy
Matthew Oneil
Dennis W. Butler
Russell W. Monroe
Alexander J Adorno
John F. Schofield
Kevin A. Riquinha
Kyle D. Brouillette
Et. Al
(Sued in Dual Capacities)

FILED
IN CLERKS OFFICE
2020 OCT 26  AM 2:16
U.S. DISTRICT COURT
DISTRICT OF MASS.

Verified Civil Complaint

Plaintiff
 I, Craig Cromartie, respectfully move
in this Honorable Court for compensation
and treble and punitive damages.
 I currently reside at the Old
Colony Correctional Center in Bridge-
water and am writing this complaint
in accordance with the PLRA in
the capacity of a Pro-Se Plaintiff.
All the series of complained of
events have occured while the
DOC has had me classed and
housed here at O.CC. in Bridgewater, Ma.

## Defendants

The prior scribed Defendants are all either employees, companies, institutions, and/or departments that are either operating or are employed in the Commonwealth Of Massachusetts

## Jurisdiction

I, Craig Cromartie, am writing this complaint in accordance with 42 U.S.C. 1983 and 42 U.S.C. 1997 and respectfully assert jurisdiction under the above cited statued codes of the United States in this Honorable Federal Court ruling in this District of Massachusetts.

## Statement Of Claims

1) On Wednesday June 24th, 2020 I, Craig Cromartie, was illegally assaulted and excessively beat unconcious.

2) At 4:29 Officers employed and hired by the Massachusetts Department of Corrections randomly ran into my assigned cell and sprayed my face with O.C. spray _while in Restraints_

3) After the 103 CMR 505.10, M.G.L.C, and 8th Amendment violating O.C. spraying, I was choked to the point I couldn't breathe as Correctional Officers forcibly **TRIED To put** thier fingers down my throat because they believed that I was concealing Suboxin Strips in my mouth.

4) Before being **Punched** and Flash light beating Then used as a Prop to Mouth apart), a second round of O.C. spray was deployed yet this time in my mouth and down my throat.

5) After gaining conciousness, I was forced to walk over 300 yards with restraints cutting my circulation off and tearing my skin with each dreadful step.

6) Following this painful, dreadful, 103 CMR 505.11 violating, unconstitutional walk, I was stripped naked and locked in a cell for 6 straight days without a shower, a toilet, or a sink

7) Title 105 CMR 451 disaproves of the condition of the urine, feces, soiled, said cell I was force to sleep in with no socks, blankets, or pillows.

8) The whole six days the Ankle Cuffs tight, skin-tearing, blood circulating depriving restraints weren't removed. *EVEN After MAKING Numerous Complains*

9) 103 CMR 505.11(4), (6), and (11) disaprove of this harsh confinement as well

10) In these said 6 days I was forced to defecate on myself

11) I am over 50 years old with asthma and asked numerous officers, nurses, and therapist for a mask during these pandemic times of the COV-19 era. The cell I was placed in was never quarantined, cleaned, or sanatized and

is a cell used when inmates
come from other Jails, Court,
or from hospitals, stool eye ball watch's. & urines TEST
12) All of the prior, numerated,
said incidents have been grieved.
I also went to the extreme of
writing the Defendant Superintendent
Kennedy myself even though
he had Knowledge for 103 CMR 505
mandates so. I even wrote the A.G.
13.) M.G.L.C 124 §§1(b),(C) and
(q) & C.127 §33 authorizes the
said regulations of which have
been disregarded and violated.

## Relief Requested

My 8th amendment rights have
been - violated on so many Levels and
disregared by the defendants
in the following ways
1) Harsh Confinement - requesting
$100,000 For the soiled by Feces and
urine cell. $100,000 For the restraints
not being removed For 6 days in
that cell. $100,000 For being Forced
to defacate on myself.
2) Excessive Force $100,000 For being
hit in head with Flashlight, punched,
and "CHOKed OUT" As Quoted, ordered $100,000 For
the 2 different deployments of
O.C. spray to my Face and
down my throat Forcing me
to gag and choke on Flaming
vomit. $100,000 For the skin tearing Forced
restraint walk. $100,000 For loosing
my hearing due to still un attended
head trauma, and physical Therapy to toe,foot
AREA.

5

3) Intentional Emotional Distress

$100,000 For the P.T.S.D now experienced From the beating, 6 days of unhumane practices, and adm. disregard. And being Forced to sleep in 4 Point restraints, eat, deprived sanitizing

## Certification And Closing

Under Federal Rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint is true under the pain and penalties of perjury. It is also prepared and supported by existing Constitutional law.

The factual contention has evidentary support and this complaint otherwise complies with the requirements of rule 11. trial by Jury and all Fees, Attorney Fees, Filing Fees, And Cost be refunded. as plaintiff prays for releif. Signed X Craig Gomastie Pro-Se

*** Plaintiff preserves the right to amend this complaint.